**Official Form 1 (04/10)**

## United States Bankruptcy Court
### NORTHERN DISTRICT OF ILLINOIS

| | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): *Sanchez, Armando* | Name of Joint Debtor (Spouse)(Last, First, Middle): *Sanchez, Angeline* |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): *NONE* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): *1208* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): *9838* |
| Street Address of Debtor (No. and Street, City, and State): *510 E. Boughton Rd* *Bolingbrook IL*  ZIPCODE *60440* | Street Address of Joint Debtor (No. and Street, City, and State): *510 E. Boughton Rd* *Bolingbrook IL*  ZIPCODE *60440* |
| County of Residence or of the Principal Place of Business: *Will* | County of Residence or of the Principal Place of Business: *Will* |
| Mailing Address of Debtor (if different from street address): *SAME*  ZIPCODE | Mailing Address of Joint Debtor (if different from street address): *SAME*  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE*  ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check **one** box.)
- [X] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

### Nature of Business
(Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Tax-Exempt Entity
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

### Chapter 11 Debtors:
**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (04/10)        FORM B1, Page   2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Armando Sanchez and Angeline Sanchez** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**     (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**     (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X */s/ Richard S. Bass*      *06/24/2010* <br>     Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br> ☐ Yes, and exhibit C is attached and made a part of this petition. <br> ☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br> ☒ Exhibit D completed and signed by the debtor is attached and made part of this petition. <br> If this is a joint petition: <br> ☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br> ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br> ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>      _____ <br>      (Name of landlord that obtained judgment) <br><br>      _____ <br>      (Address of landlord) <br><br> ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br> ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br> ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (04/10)                                                                                          FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Armando Sanchez and** |
| | **Angeline Sanchez** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Armando Sanchez*
_____
Signature of Debtor

**X** */s/ Angeline Sanchez*
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*06/24/2010*
_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*06/24/2010*
_____
(Date)

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

**X** */s/ Richard S. Bass*
_____
Signature of Attorney for Debtor(s)

**Richard S. Bass 6189009**
_____
Printed Name of Attorney for Debtor(s)

**Law Office of Richard S. Bass, LTD.**
_____
Firm Name

**2021 Midwest Road**
_____
Address

**Oak Brook IL  60521**
_____
**630-953-8655**
_____
Telephone Number

*06/24/2010*
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*06/24/2010*
_____
Date

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1)  Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**.  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

### 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

**FORM B6A (Official Form 6A) (12/07)**

In re *Armando Sanchez and Angeline Sanchez* _____ ,    Case No. _____
                     Debtor(s)                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *510 E. Boughton Road Bolingbrook IL (Residence Jt. Tenancy)* | *Debtor residence Jt. Tenancy* | J | *$ 212,000.00* | *$ 240,000.00* |
| | | **TOTAL $**<br>(Report also on Summary of Schedules.) | *212,000.00* | |

No continuation sheets attached

B6B (Official Form 6B) (12/07)

In re <u>Armando Sanchez and Angeline Sanchez</u> ,         Case No. _____
         Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | J | $ 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account: U S Bank* <br> *Location: In debtor's possession* | J | $ 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goos and furnishings* <br> *Location: In debtor's possession* | J | $ 3,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items books and pictures* <br> *Location: In debtor's possession* | J | $ 300.00 |
| 6.  Wearing apparel. | | *Misc used personal clothing* <br> *Location: In debtor's possession* | J | $ 600.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance (Term Policy)* <br> *Location: In debtor's possession* | J | $ 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Page __1__ of __3__

B6B (Official Form 6B) (12/07)

In re <u>Armando Sanchez and Angeline Sanchez</u>,   Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2000 Dodge Pick-up* Location: In debtor's possession | J | $ 3,500.00 |
| | | *2005 Cadillac Escalade* Location: In debtor's possession | J | $ 17,000.00 |

B6B (Official Form 6B) (12/07)

In re __Armando Sanchez and Angeline Sanchez__ ,    Case No. _____

Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | | |
| 27. Aircraft and accessories. | X | | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | | |
| 30. Inventory. | X | | | | |
| 31. Animals. | X | | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | | |
| 33. Farming equipment and implements. | X | | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | | |
| | | | Total ➤ | | $ 24,701.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re __Armando Sanchez and Angeline Sanchez_____,   Case No. _____
              Debtor(s)                                                                                           (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 510 E. Boughton Road Bolingbrook IL (Residence Jt. Tenancy) | 735 ILCS 5/12-901 | $ 30,000.00 | $ 212,000.00 |
| Cash | 735 ILCS 5/12-1001(b) | $ 200.00 | $ 200.00 |
| Checking Account: U S Bank | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Misc used household goos and furnishings | 735 ILCS 5/12-1001(b) | $ 3,000.00 | $ 3,000.00 |
| Misc used personal items books and pictures | 735 ILCS 5/12-1001(a) | $ 300.00 | $ 300.00 |
| Misc used personal clothing | 735 ILCS 5/12-1001(a) | $ 600.00 | $ 600.00 |
| Life Insurance (Term Policy) | 735 ILCS 5/12-1001(f) | $ 1.00 | $ 1.00 |
| 2000 Dodge Pick-up | 735 ILCS 5/12-1001(c) | $ 3,500.00 | $ 3,500.00 |
| 2005 Cadillac Escalade | 735 ILCS 5/12-1001(c) 735 ILCS 5/12-1001(b) | $ 0.00 $ 2,000.00 | $ 17,000.00 |

Page No. ___1___ of ___1___

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Armando Sanchez and Angeline Sanchez_____,      Case No. _____
        **Debtor(s)**                                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *7328*  *Creditor # : 1*  *Chase Home Finance*  *Attn: Bankruptcy Dept*  *10790 Rancho Bernardo Road*  *San Diego CA 92127* | *J* | *1997*  *Notice to other locatopn*  *510 E. Boughton Road Bolingbrook IL (Residence Jt. Tenancy)*  Value: *$ 212,000.00* | | | | *$ 0.00* | *$ 0.00* |
| Account No: *7328*  *Creditor # : 2*  *Chase Home Finance*  *Attn Bankruptcy Dept*  *3415 Vision Drive*  *Columbus OH 43219-6009* | *J* | *1997*  *Mortgage*  *510 E. Boughton Road Bolingbrook IL (Residence Jt. Tenancy) Acct: 21057328*  Value: *$ 212,000.00* | | | | *$ 240,000.00* | *$ 28,000.00* |
| Account No: *9761*  *Creditor # : 3*  *GMAC*  *Attn:  Bankruptcy Dept*  *PO BOX  9001951*  *Louisville KY 40290-1951* | *J* | *2008*  *Purchase Money Security*  *2005 Cadillac Escalade  (Acct: 154 90 5789 761)*  Value: *$ 17,000.00* | | | | *$ 15,000.00* | *$ 0.00* |

<u>1 </u>   continuation sheets attached

|  | Subtotal $ *(Total of this page)* | *$ 255,000.00* | *$ 28,000.00* |
|---|---|---|---|
|  | Total $ *(Use only on last page)* | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)    - Cont.

In re Armando Sanchez and Angeline Sanchez                    ,          Case No. _____
_____
              **Debtor(s)**                                                          **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 9761<br><br>Creditor # : 4<br>GMAC Financial<br>Attn: Bankruptcy Dept<br>PO Box 130424<br>Roseville MN 55113-0004 | J | 2008<br>Notice to other location<br>2005 Cadillac Escalade (Notice to other location)<br><br>Value: $ 17,000.00 | | | | $ 0.00 | $ 0.00 |
| Account No:<br><br><br> | | <br><br><br>Value: | | | | | |
| Account No:<br><br><br> | | <br><br><br>Value: | | | | | |
| Account No:<br><br><br> | | <br><br><br>Value: | | | | | |
| Account No:<br><br><br> | | <br><br><br>Value: | | | | | |
| Account No:<br><br><br> | | <br><br><br>Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page)                  $ 0.00                    $ 0.00

Total $ (Use only on last page)          $ 255,000.00             $ 28,000.00
                                          (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (04/10)

In re **Armando Sanchez and Angeline Sanchez** _____,   Case No._____
   **Debtor(s)**                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Armando Sanchez and Angeline Sanchez_ ,    Case No._____
Debtor(s)    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    2160<br>Creditor # : 1<br>Account Control Systems Inc.<br>RE:  Ginny's<br>148 Veterans Dr, #D<br>Northvale NJ 07647-2311 | J | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No.    1347<br>Creditor # : 2<br>Account Services<br>RE:  Ortho Assoc of CC<br>1802 N.E. Loop 410,m #400<br>San Antonio TX 78217 | J | 2004-2010<br>Collection on Medical Bills | | | | $ 2,956.00 |
| Account No.    9832<br>Creditor # : 3<br>Adelphia Communications<br>Attn: Collection Dept<br>1495 N W Britt Road<br>Stuart FL 34994 | J | 2006<br>Phone | | | | $ 240.00 |
| Account No.<br>Creditor # : 4<br>Adventist Bolingbrook Hospital<br>Attn:  Patient Accts<br>500 Remington Blvd<br>Bolingbrook IL 60440 | J | 2004-2010<br>Notice to Other Location | | | | $ 0.00 |

_16_ continuation sheets attached    Subtotal $    $ 3,196.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Armando Sanchez and Angeline Sanchez_____,    Case No._____
               **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2868<br>Creditor # : 5<br>Adventist Bolingbrook Hospital<br>Attn: Medical Services<br>PO BOX 24013<br>Chattanooga TN 37422-4013 | | J | 2004-2010<br>Medical Bills | | | | $ 4,649.00 |
| Account No: 7659<br>Creditor # : 6<br>Adventist Bolingbrook Hospital<br>Attn: Medical Services<br>PO BOX 24013<br>Chattanooga TN 37422-4013 | | J | 2004-2010<br>Medical Bills | | | | $ 286.00 |
| Account No: 7584<br>Creditor # : 7<br>Adventist Bolingbrook Hospital<br>Attn: Medical Services<br>PO BOX 24013<br>Chattanooga TN 37422-4013 | | J | 2004-2010<br>Medical Bills | | | | $ 153.00 |
| Account No: 5388<br>Creditor # : 8<br>AFNI Collection<br>RE: SPrint<br>PO Box 3517<br>Bloomington IL 61702-3517 | | J | 2004-2010<br>Collection | | | | $ 618.00 |
| Account No: 3935<br>Creditor # : 9<br>AFNI, Inc.<br>RE: AT&T Mobility<br>PO BOX 3427<br>Bloomington IL 61702-3427 | | J | 2004-2010<br>Collection | | | | $ 1,145.00 |
| Account No: 3935<br>Creditor # : 10<br>AFNI, Inc.<br>RE: Cingular<br>PO BOX 3427<br>Bloomington IL 61702-3427 | | J | 2004-2010<br>Collection | | | | $ 659.00 |

Sheet No. _1_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 7,510.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Armando Sanchez and Angeline Sanchez_____,   Case No._____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1651 Creditor # : 11 Allied Interstate RE:  Capital One 3000 Corporate Exchange Dr Columbus OH 43231 | | J | 2004-2010 Notice to Collector | | | | $ 0.00 |
| Account No: Creditor # : 12 Arnold Scott Harris, P.C. RE:  City of Chicago 222 Merchandise Mart,  #1932 Chicago IL 60654 | | J | 2004-2010 Collection | | | | $ 244.00 |
| Account No:   1793 Creditor # : 13 AssetCare, Inc. RE:  InoVision MedClr 5100 Peachtree Industrial Blvd Norcross GA 30071 | | J | 2004-2010 Collection on Medical Bills | | | | $ 869.00 |
| Account No:   3446 Creditor # : 14 AT&T Attn:  Bankruptcy Dept PO BOX  8100 Aurora IL 60507-8100 | | J | 2004-2010 Telephone | | | | $ 403.00 |
| Account No:   1229 Creditor # : 15 Capital One Attn:  Bankruptcy Dept P.O. BOX  5155 Norcross GA 30091 | | J | 2004-2010 Credit Account | | | | $ 1,404.00 |
| Account No:   4131 Creditor # : 16 Capital One Attn:  Bankruptcy Dept P.O. BOX  5155 Norcross GA 30091 | | J | 2004-2010 Credit Account | | | | $ 1,692.00 |

Sheet No.   2   of   16   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 4,612.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Armando Sanchez and Angeline Sanchez_____ ,    Case No. _____

**Debtor(s)**    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4160<br>Creditor # : 17<br>Capital One<br>Attn: Bankruptcy Dept<br>P.O. BOX 5155<br>Norcross GA 30091 | | J | 2004-2010<br>Credit Account | | X | | $ 1,782.00 |
| Account No: 244A<br>Creditor # : 18<br>Cardiology Associates<br>Attn: Patient Accts<br>1521 S Staples, #700<br>Corpus Christi TX 78404-3160 | | J | 2004-2010<br>Medical Bills | | | | $ 30.00 |
| Account No: 0516<br>Creditor # : 19<br>Cavalry Portfolio Services<br>Acct: Sprint PCS<br>7 Skyline Dr, 3rd Floor<br>Hawthorne NY 10532 | | J | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No: 5684<br>Creditor # : 20<br>Central DuPage Hospital<br>Attn: Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | J | 2004-2010<br>Medical Bills | | | | $ 583.00 |
| Account No: 5684<br>Creditor # : 21<br>Central DuPage Hospital<br>Attn: Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | J | 2004-2010<br>Medical Bills | | | | $ 633.00 |
| Account No: 5684<br>Creditor # : 22<br>Central DuPage Hospital<br>Attn: Patient Accts<br>25 N. Winfield Rd<br>Winfield IL 60190-1295 | | W | 2006<br>Medical Bills | | | | $ 4,055.00 |

Sheet No. _3_ of _16_ continuation sheets attached to Schedule of    Subtotal $    $ 7,083.00
Creditors Holding Unsecured Nonpriority Claims    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Armando Sanchez and Angeline Sanchez_____,    Case No._____
　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    7973<br>Creditor # : 23<br>Central Financial Control<br>RE:  Palm Beach Gardens<br>PO BOX  66044<br>Anaheim CA 92816-6044 | J | | 2004-2010<br>Medical Bills | | | | $ 372.00 |
| Account No:    9275<br>Creditor # : 24<br>Century Link<br>Attn: Collection Dept<br>PO Box 660068<br>Dallas TX 75266-0068 | W | | 2009<br>Uns | | | | $ 144.00 |
| Account No:    2268<br>Creditor # : 25<br>Chicago Trauma Center<br>Attn: Patient Accts<br>PO Box 92697<br>Chicago IL 60675 | H | | 1999<br>Medical Bills | | | | $ 1,114.00 |
| Account No:    9269<br>Creditor # : 26<br>Christus Spohn Shoreline<br>Attn:  PAtient Accts<br>PO BOX  730244<br>Dallas TX 75373 | J | | 2004-2010<br>Medical Bills | | | | $ 22,899.00 |
| Account No:    5320<br>Creditor # : 27<br>City of Chicago<br>Dept of Revenue<br>PO BOX  88292<br>Chicago IL 60680-1292 | J | | 2004-2010<br>Traffic Violation | | | | $ 200.00 |
| Account No:    7965<br>Creditor # : 28<br>City of Chicago Dpt Revenue<br>Attn: Ticket Collection<br>PO Box 88292<br>Chicago IL 60680-1292 | J | | 1999<br>Unsecured | | | | $ 60.00 |

Sheet No.    4    of    16    continuation sheets attached to Schedule of　　　　　　　　　**Subtotal $**　　　　$ 24,789.00
Creditors Holding Unsecured Nonpriority Claims
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total $**
　　　　　　　　　　　　　　　　　　　(Use only on last page of the completed Schedule F. Report also on Summary of
　　　　　　　　　　　　　　　　　　　Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Armando Sanchez and Angeline Sanchez_____ ,   Case No._____
　　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0319<br>Creditor # : 29<br>City of Port St. Lucie<br>Attn: Collection Dept<br>PO Drawer 8937<br>Port Saint Lucie FL 34985-8987 | | J | 2006<br>Unsecured | | | | $ 228.00 |
| Account No:    9393<br>Creditor # : 30<br>Collection Company of America<br>RE:  AT&T<br>700 Longwater Dr<br>Norwell MA 02061 | | J | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:    7348<br>Creditor # : 31<br>Credit Collection Services<br>RE:  Quest Diagnostics<br>Two Wells Avenue<br>Newton Center MA 02459 | | J | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:    8009<br>Creditor # : 32<br>Credit Collection Services<br>RE:  Liberty Mutual<br>Two Wells Avenue<br>Newton Center MA 02459 | | J | 2004-2010<br>Collection | | | | $ 303.00 |
| Account No:    9124<br>Creditor # : 33<br>Credit Control LLC<br>RE:  First Bank Inc.<br>5757 Phantom D<br>Hazelwood MO 63042 | | J | 2004-2010<br>Collection | | | | $ 973.00 |
| Account No:    7298<br>Creditor # : 34<br>DuPage Medical Group<br>Attn:  Patient Accts<br>1860 Paysphere Circle<br>Chicago IL 60674 | | J | 2004-2010<br>Medical Bills | | | | $ 419.00 |

Sheet No.   5   of   16   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,923.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Armando Sanchez and Angeline Sanchez_ ,                    Case No. _____

**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9769<br>Creditor # : 35<br>Edward Hospital<br>Attn:  Patients Accts<br>PO Box 4207<br>Carol Stream  IL 60197-4207 | | J | 2004-2010<br>Medical Bills | | | | $ 279.00 |
| Account No:   7940<br>Creditor # : 36<br>Edward Hospital<br>Attn:   Patients Accts<br>PO Box 4207<br>Carol Stream  IL 60197-4207 | | J | 2004-2010<br>Medical Bills | | | | $ 50.00 |
| Account No:   2413<br>Creditor # : 37<br>Emergency Healthcare Physician<br>Attn:  Patient Accts<br>PO BOX  366<br>Hinsdale IL 60522 | | J | 2004-2010<br>Medical Bills | | | | $ 535.00 |
| Account No:   3066<br>Creditor # : 38<br>Emergency Room Physicians<br>Attn: Patient Accts<br>PO Box 92697<br>Chicago IL 60675 | | H | 1998<br>Medical Bills | | | | $ 134.00 |
| Account No:   4115<br>Creditor # : 39<br>Female Healthcare Assc<br>Attn: Patient Accts<br>471 W. Army Trail Rd  #103<br>Bloomingdale IL 60108 | | W | 2007<br>Medical Bills | | | | $ 155.00 |
| Account No:   4115<br>Creditor # : 40<br>Female Healthcare Assoc LTD<br>Attn:  Patient Accts<br>471 W Army Trail Rd,  #103<br>Bloomingdale IL 60108 | | J | 2004-2010<br>Medical Bills | | | | $ 153.00 |

Sheet No.   6   of   16   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,306.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Armando Sanchez and Angeline Sanchez_____ ,      Case No._____
      **Debtor(s)**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5344<br>Creditor # : 41<br>Fidelity National Credit Serv<br>RE:  AT&T<br>PO BOX  3051<br>Orange CA 92857 | | J | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   293<br>Creditor # : 42<br>Financial Visions<br>Attn: Collection Dept<br>1912 Quail Glen Rd<br>Escondido CA 92029 | | H | 2009<br>Uns | | | | $ 55.00 |
| Account No:   6434<br>Creditor # : 43<br>First Premier Bank<br>Attn:   Bankruptcy Dept<br>PO Box 5524<br>Sioux Falls  SD 57117-5512 | | J | 2004-2010<br>Credit Account | | | | $ 58.00 |
| Account No:   2495<br>Creditor # : 44<br>First Premier Bank<br>Attn:   Bankruptcy Dept<br>PO Box 5524<br>Sioux Falls  SD 57117-5512 | | J | 2004-2010<br>Credit Account | | | | $ 777.00 |
| Account No:   1229<br>Creditor # : 45<br>First Source Advantage LLC<br>RE:   Capital One<br>205 Bryant Woods South<br>Buffalo NY 14228 | | J | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   2036<br>Creditor # : 46<br>Florida Power & Light<br>Attn: Collection Dept<br>PO Boix 025576<br>Miami FL 33102 | | J | 2006<br>Utility Bills | | | | $ 100.00 |

Sheet No.  7  of   16  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 990.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Armando Sanchez and Angeline Sanchez_____ ,    Case No._____

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 47*<br>*Freedman Anselmo Lindberg et*<br>*RE:  Capital One*<br>*PO BOX  3228*<br>*Naperville IL 60566-7228* | *J* | | *2009*<br>*Lawsuit*<br>*CAse No 09 SC 11760* | | | | $ 2,086.00 |
| Account No:<br>*Creditor # : 48*<br>*Freedman, Anselmo Lindberg et*<br>*RE:  Capital One*<br>*PO BOX  3228*<br>*Naperville IL 60566-7228* | *J* | | *2010*<br>*Lawsuit*<br>*Case No 10 SC 4367* | | | | $ 1,287.00 |
| Account No:    *2522*<br>*Creditor # : 49*<br>*GC Service Limited Partnership*<br>*RE:  Capital One*<br>*6330 Gulfton*<br>*Houston TX 77081* | *J* | | *2004-2010*<br>*Notice to Collector* | | | | $ 0.00 |
| Account No:    *2471*<br>*Creditor # : 50*<br>*GC Service Limited Partnership*<br>*RE:  Capital One*<br>*6330 Gulfton*<br>*Houston TX 77081* | *J* | | *2004-2010*<br>*Notice to Collector* | | | | $ 0.00 |
| Account No:    *3630*<br>*Creditor # : 51*<br>*Ginny's*<br>*Attn:  Collections*<br>*1112 7th Avenue*<br>*Monroe WI 53566-1364* | *J* | | *2004-2010*<br>*Credit Purchases* | | | | $ 174.00 |
| Account No:    *4131*<br>*Creditor # : 52*<br>*Global Credit & Collection*<br>*RE:  Capital One Bank*<br>*300 International Dr, #100*<br>*Buffalo NY 14221* | *J* | | *2004-2010*<br>*Notice to Collector* | | | | $ 0.00 |

Sheet No. _8_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 3,547.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Armando Sanchez and Angeline Sanchez_                          ,    Case No. _____
          **Debtor(s)**                                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:     7714<br>Creditor # : 53<br>Grant Konvalinka & Harrison PC<br>RE:  Adventist Bolingbrook Hos<br>633 Chestnut St, 9th Fl<br>Chattanooga TN 37450-0900 | J | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:     2705<br>Creditor # : 54<br>Gulf Shore Anesthesia Assoc<br>Attn:  Patient Accts<br>PO BOX  331667<br>Corpus Christi TX 78463 | J | | 2004-2010<br>Medical Bills | | | | $ 1,512.00 |
| Account No:     6995<br>Creditor # : 55<br>Illinois Collection Service<br>RE:  Illinois Masonic Med Ctr<br>PO BOX  646<br>Oak Lawn IL 60454-0646 | J | | 2004-2010<br>Collection on Medical Bills | | | | $ 271.00 |
| Account No:     2036<br>Creditor # : 56<br>MAF Collection Services<br>RE:  Florida Power & Light<br>PO BOX  2842<br>Tampa FL 33601-2842 | J | | 2004-2010<br>Collection on Utility Bills | | | | $ 86.00 |
| Account No:     2495<br>Creditor # : 57<br>Mercantile Adjustment Bureau<br>RE:  Premier Bank Card<br>PO BOX  9016<br>Williamsville NY 14231 | J | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:     2738<br>Creditor # : 58<br>Merchants Credit Guide<br>RE:  DuPage Medical Ctr<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | J | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   9   of   16   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        **Subtotal $**    $ 1,869.00

        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Armando Sanchez and Angeline Sanchez_                              ,    Case No. _____
**Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    6551<br>Creditor # : 59<br>Merchants Credit Guide<br>RE:  Adventist Bolingbrook Hos<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | J | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No.    3110<br>Creditor # : 60<br>Monroe & Main<br>Attn:  Collections<br>1112 7th Ave<br>Monroe WI 53566-1364 | | J | 2004-2010<br>Credit Purchases | | | | $ 116.00 |
| Account No.    7120<br>Creditor # : 61<br>Nationwide Credit & Collection<br>RE:  Vyridian Revenue Mgt<br>9919 W. Roosevelt RD<br>Westchester IL 60154 | | J | 2004-2010<br>Collection on Medical Bills | | | | $ 38.00 |
| Account No.    4239<br>Creditor # : 62<br>Nationwide Credit & Collection<br>RE:  Palm Beach Gardens<br>2015 Vaughn Rd, NW, #300<br>Kennesaw GA 30144-7802 | | J | 2004-2010<br>Collection on Medical Bills | | | | $ 563.00 |
| Account No.    4160<br>Creditor # : 63<br>NCO Financial Systems Inc.<br>RE:  Capital One<br>507 Prudential Road<br>Horsham PA 19044 | | J | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No.    0000<br>Creditor # : 64<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | J | 2004-2010<br>Utility Bills | | | | $ 749.00 |

Sheet No. _10_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,466.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Armando Sanchez and Angeline Sanchez_ ,    Case No. _____

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    7659<br>Creditor # : 65<br>*North American Credit Services*<br>*RE:  Adventist Bolingbroook*<br>*2810 Walker Road, #100*<br>*Chattanooga TN 37421* | | J | *2004-2010*<br>*Notice to Collector* | | | | $ 0.00 |
| Account No:    9269<br>Creditor # : 66<br>*Pathology Assoc Corpus Christi*<br>*Attn:  Patient Accts*<br>*PO Box  3758*<br>*Corpus Christi TX 78463* | | J | *2004-2010*<br>*Medical Bills* | | | | $ 37.00 |
| Account No:    1656<br>Creditor # : 67<br>*Penn Credit Corporation*<br>*RE:  QVC*<br>*PO BOX  988*<br>*Harrisburg PA 17108-0988* | | J | *2004-2010*<br>*Collection* | | | | $ 16.00 |
| Account No:    6189<br>Creditor # : 68<br>*Personal Physicians*<br>*Attn:  Patient Accts*<br>*5909 W. 35th St*<br>*Cicero IL 60804* | | J | *2004-2010*<br>*Medical Bills* | | | | $ 16.00 |
| Account No:    8315<br>Creditor # : 69<br>*Quest Diagnostic*<br>*Attn:  Patient Billing*<br>*1355 Mittel Blvd*<br>*Wood Dale IL 60191-1024* | | J | *2004-2010*<br>*Medical Bills* | | | | $ 7.00 |
| Account No:    4282<br>Creditor # : 70<br>*Quest Diagnostic*<br>*Attn:  Patient Billing*<br>*1355 Mittel Blvd*<br>*Wood Dale IL 60191-1024* | | J | *2004-2010*<br>*Medical Bills* | | | | $ 11.00 |

Sheet No. _11_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 87.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Armando Sanchez and Angeline Sanchez_ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3076 <br> Creditor # : 71 <br> Quest Diagnostic <br> Attn:  Patient Billing <br> 1355 Mittel Blvd <br> Wood Dale IL 60191-1024 | | J | 2004-2010 <br> Medical Bills | | | | $ 16.00 |
| Account No:   0521 <br> Creditor # : 72 <br> Quest Diagnostic <br> Attn:  Patient Billing <br> 1355 Mittel Blvd <br> Wood Dale IL 60191-1024 | | J | 2004-2010 <br> Medical Bills | | | | $ 315.00 |
| Account No:   6203 <br> Creditor # : 73 <br> Quest Diagnostic <br> Attn:  Patient Billing <br> 1355 Mittel Blvd <br> Wood Dale IL 60191-1024 | | J | 2004-2010 <br> Medical Bills | | | | $ 19.00 |
| Account No:   6183 <br> Creditor # : 74 <br> Quest Diagnostic <br> Attn:  Patient Billing <br> 1355 Mittel Blvd <br> Wood Dale IL 60191-1024 | | J | 2004-2010 <br> Medical Bills | | | | $ 415.00 |
| Account No:   6183 <br> Creditor # : 75 <br> Quest Diagnostic <br> Attn:  Patient Billing <br> 1355 Mittel Blvd <br> Wood Dale IL 60191-1024 | | J | 2004-2010 <br> Medical Bills | | | | $ 13.00 |
| Account No:   6171 <br> Creditor # : 76 <br> Quest Diagnostic <br> Attn:  Patient Billing <br> 1355 Mittel Blvd <br> Wood Dale IL 60191-1024 | | J | 2004-2010 <br> Medical Bills | | | | $ 158.00 |

Sheet No. _12_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 936.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Armando Sanchez and Angeline Sanchez_____,     Case No._____
                    **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6531<br>Creditor # : 77<br>Quest Diagnostic<br>Attn:  Patient Billing<br>1355 Mittel Blvd<br>Wood Dale IL 60191-1024 | | J | 2004-2010<br>Medical Bills | | | | $ 348.00 |
| Account No:   4087<br>Creditor # : 78<br>Regional Adjustment Bureau<br>RE:  Capital One<br>PO BOX  34111<br>Cordova TN 38016 | | J | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   8570<br>Creditor # : 79<br>Retrieval Masters Creditors Bu<br>RE:  Swiss Colony<br>2269 S. Saw Mill River Rd, #3<br>Elmsford NY 10523 | | J | 2004-2010<br>Collection | | | | $ 734.00 |
| Account No:   5684<br>Creditor # : 80<br>Revenue Production Management<br>RE:  Central DuPage Hosp<br>PO BOX  673775<br>Detroit MI 48267-3775 | | J | 2004-2010<br>Collection on Medical Bills | | | | $ 468.00 |
| Account No:   7940<br>Creditor # : 81<br>Revenue Production Management<br>RE:  Edward Hospital<br>PO BOX  77000  Dept 77308<br>Detroit MI 48277-0308 | | J | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   8410<br>Creditor # : 82<br>Revenue Production Mgmt<br>Acct: Edward Hospital<br>PO Box 598148<br>Chicago IL 60659-8148 | | H | 1998<br>Medical Bills | | | | $ 412.00 |

Sheet No. __13_ of ___16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,962.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Armando Sanchez and Angeline Sanchez_____ ,     Case No._____
           **Debtor(s)**                                                                                  **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7120<br>Creditor # : 83<br>Rush University Medical Ctr<br>Attn:  Patient Accts<br>75 Remittance Dr  Dept 1611<br>Chicago IL 60675-1611 | | J | 2004-2010<br>Medical Bills | | | | $ 38.00 |
| Account No:   7120<br>Creditor # : 84<br>Rush University Medical Grp<br>Attn: Patient Accts<br>75 Remittance Dr  #1611<br>Chicago IL 60675-1611 | | W | 2008<br>Medical Bills | | | | $ 38.00 |
| Account No:   3570<br>Creditor # : 85<br>Seventh Avenue Store<br>Attn:  Bankruptcy Dept<br>1112 7th Ave<br>Monroe WI 53566-1364 | | J | 2004-2010<br>Credit Purchases | | | | $ 835.00 |
| Account No:   0600<br>Creditor # : 86<br>Spring Hill Nurseries<br>Attn: Collection Dept<br>Tipp City OH 45371 | | J | 2009<br>Unsecured | | | | $ 120.00 |
| Account No:   4634<br>Creditor # : 87<br>Springhill Nursery<br>Attn:  collections<br>PO BOX  329<br>Harrison OH 45030-0329 | | J | 2004-2010<br>Credit Purchases | | | | $ 128.00 |
| Account No:   1319<br>Creditor # : 88<br>Staples Inc<br>Attn: Collection Dept<br>PO Box 249<br>Chaska MN 55318-9873 | | W | 2010<br>Uns | | | | $ 25.00 |

Sheet No. _14_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,184.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Armando Sanchez and Angeline Sanchez_____,     Case No. _____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2413 <br> Creditor # : 89 <br> *State Collection Service* <br> *RE:  Emergency Healthcare Phys* <br> *2509 Stoughton Rd* <br> *Madison WI 53716-0000* | | J | *2004-2010* <br> *Notice to Collector* | | | | $ 0.00 |
| Account No:   4160 <br> Creditor # : 90 <br> *United Recovery Systems* <br> *RE:  Capital One* <br> *PO Box 722929* <br> *Houston TX 77272-2929* | | J | *2004-2010* <br> *Notice to Collector* | | | | $ 0.00 |
| Account No:   3148 <br> Creditor # : 91 <br> *United Recovery Systems* <br> *RE:  Capital One* <br> *PO Box 722929* <br> *Houston TX 77272-2929* | | J | *2004-2010* <br> *Notice to Collector* | | | | $ 0.00 |
| Account No:   0617 <br> Creditor # : 92 <br> *United Recovery Systems* <br> *RE:  Capital One* <br> *PO Box 722929* <br> *Houston TX 77272-2929* | | J | *2004-2010* <br> *Notice to Collector* | | | | $ 0.00 |
| Account No:   4634 <br> Creditor # : 93 <br> *Universal Fidelity LP* <br> *RE:  Spring Hill* <br> *PO Box 941911* <br> *Houston TX 77094-8911* | | J | *2004-2010* <br> *Notice to Collector* | | | | $ 0.00 |
| Account No:   5560 <br> Creditor # : 94 <br> *Village of Bolingbrook* <br> *Attn:  Collections* <br> *375 W. Briarcliff Road* <br> *Bolingbrook IL 60440* | | J | *2004-2010* <br> *Unsecured* | | | | $ 120.00 |

Sheet No. __15__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                                        $ 120.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Armando Sanchez and Angeline Sanchez_____,   Case No._____
**Debtor(s)**   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6189<br>Creditor # : 95<br>Woodridge Clinic<br>Attn:  Patient Accts<br>7530 S. Woodward Ave   #A<br>Woodridge IL 60517-3100 | | J | 2004-2010<br>Medical Bills | | | | $ 16.00 |
| Account No:   0454<br>Creditor # : 96<br>Wuesthoff Med Ctr Melbour<br>Attn:  Patient Accts<br>PO BOX  60182<br>Fort Myers FL 33906-6182 | | J | 2004-2010<br>Medical Bills | | | | $ 200.00 |
| Account No:   7167<br>Creditor # : 97<br>XM Satellite Radio<br>Attn: Collection Dept<br>PO Box 33174<br>Detroit MI 48232-5280 | | H | 2009<br>Uns | | | | $ 140.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _16_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 356.00

Total $        $ 62,936.00

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Armando Sanchez and Angeline Sanchez_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _Armando Sanchez and Angeline Sanchez_ _____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re _Armando Sanchez and Angeline Sanchez_____ ,    Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retired-Disability Veteran** | **Office Staff** |
| Name of Employer | | **Seal Chicago** |
| How Long Employed | | **2 months** |
| Address of Employer | | **130 Eisenhower Lane South Lombard IL  60148** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 0.00 | $ 2,166.67 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 0.00 | $ 2,166.67 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ 433.33 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify): | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 433.33 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ 1,733.33 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): **Veterans Pension** | | $ 2,669.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 2,669.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | | $ 2,669.00 | $ 1,733.33 |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ 4,402.33 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Armando Sanchez and Angeline Sanchez_____ ,    **Case No.** _____
　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

　　　Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,655.00 |
|    a. Are real estate taxes included?   Yes ☒   No ☐ | | |
|    b. Is property insurance included?   Yes ☒   No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 250.00 |
|    b. Water and sewer | $ | 55.00 |
|    c. Telephone | $ | 0.00 |
|    d. Other　_Internet-Cable._ | $ | 80.00 |
|    Other　_Cell Phone_ | $ | 80.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 650.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 80.00 |
| 10. Charitable contributions | $ | 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 40.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 210.00 |
|    e. Other　_Pet care-expenses-tags_ | $ | 40.00 |
|    Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 510.00 |
|    b. Other:　_Auto repair, upkeep & license_ | $ | 80.00 |
|    　 | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:　_Personal care items & grooming_ | $ | 40.00 |
|    Other:　_Newspapers, subscription misc_ | $ | 20.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 4,390.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 4,402.33 |
|    b. Average monthly expenses from Line 18 above | $ | 4,390.00 |
|    c. Monthly net income (a. minus b.) | $ | 12.33 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Armando Sanchez and Angeline Sanchez*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      212,000.00 | | |
| B-Personal Property | *Yes* | *3* | $       24,701.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $      255,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $             0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *17* | | $       62,936.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        4,402.33 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $        4,390.00 |
| TOTAL | | *29* | $      236,701.00 | $      317,936.00 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Armando Sanchez and Angeline Sanchez*        Case No. _____

Chapter   **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *0.00* |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *4,402.33* |
| Average Expenses (from Schedule J, Line 18) | $ *4,390.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *3,294.00* |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *28,000.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *62,936.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *90,936.00* |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Armando Sanchez and Angeline Sanchez_                          Case No. _____
                          Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___30___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _6/24/2010_                    Signature _/s/ Armando Sanchez_
                                                    Armando Sanchez

Date: _6/24/2010_                    Signature _/s/ Angeline Sanchez_
                                                    Angeline Sanchez

                                       [If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:*Armando Sanchez*
*and*
*Angeline Sanchez*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Year to date:*$0.00* | *2010 None  Husband* |
| Last Year:*$0.00* | *2009 None* |
| Year before:*$0.00* | *2008 None* |

---

| AMOUNT | SOURCE |
|---|---|
| Year to date:*$3,725.00* | *2010 Wages from employment 2010* |
| Last Year:*$20,834.00* | *2009 Same* |
| Year before:*$20,060.00* | *2008 Same* |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and

a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Year to date:$16,000.00* | *2010 Veterans disability income* |
| *Last Year:$32,000.00 app* | *2009 Same* |
| *Year before:32,000.00 app* | *2008 Same* |

---

### 3. Payments to creditors

None ☒    Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☒    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Capital One Bank vs. Angie Sanchez 10 SC 4367* | *Collection* | *Will County Circuit Court* | *Proir to judgment* |
| *Capital One Bank vs. Angie Sanchez 09 SC 11760* | *Collection* | *Will County Circuit Court* | *Judgment* |

---

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass*<br>*Address:*<br>*2021 Midwest Road*<br>*Oak Brook, IL 60521* | *Date of Payment:*<br>*Payor: Armando Sanchez* | *$900.00* |

### 10. Other transfers

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee: Auto Dealer Auction*<br>*Address:*<br>*Relationship: None* | *3/10* | *Property: 1996 Chevrolet Monte Carlo*<br>*Value:$900.00* |

None
☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None
☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None
☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,

including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature  of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *Movado Roofing* | *ID: 30-0280080 Sole Proprietorship* | *510 E. Boughton Rd Bolingbrook IL:* | *Residential Roofing* | *2005 to 2009 ceased* |

---

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME AND ADDRESS

DATES SERVICES RENDERED

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS

DATES SERVICES RENDERED

*Name: Kim Michael Lee CPA*
*Address: 359 Erie Circle*
*Bloomingdale IL*

*Dates:200 to date*

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None ☒  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *06/24/2010*          Signature  */s/ Armando Sanchez*
                            of Debtor

Date  *06/24/2010*          Signature  */s/ Angeline Sanchez*
                            of Joint Debtor
                            (if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Armando Sanchez and Angeline Sanchez*                Case No.

                                                           Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes        ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *06/24/2010* _____        Debtor: */s/ Armando Sanchez* _____

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Armando Sanchez and Angeline Sanchez*

Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| Creditor's Name :<br><br>*None* | Describe Property Securing Debt : |
|---|---|

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☐ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| Lessor's Name:<br><br>*None* | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes      ☐ No |
|---|---|---|

## Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  *06/24/2010*            Debtor:  */s/ Angeline Sanchez*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Armando Sanchez and Angeline Sanchez*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *GMAC* | *2005 Cadillac Escalade* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

---

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Chase Home Finance* | *510 E. Boughton Road Bolingbrook IL (Residence Jt. Tenancy)* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

---

| Property No. *3* | |
|---|---|
| **Creditor's Name :** <br> *Chase Home Finance* | **Describe Property Securing Debt :** <br> *510 E. Boughton Road Bolingbrook IL* <br> *(Residence Jt. Tenancy)* |

Property will be (check one) :

☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt   ☐ Not claimed as exempt

| Property No. *4* | |
|---|---|
| **Creditor's Name :** <br> *GMAC Financial* | **Describe Property Securing Debt :** <br> *2005 Cadillac Escalade* |

Property will be (check one) :

☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt   ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | Lease will be assumed pursuant to 11 U.S.C § 365(p)(2): |
|---|---|---|
| **Lessor's Name:** <br> *None* | **Describe Leased Property:** | ☐ Yes   ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *06/24/2010*          Debtor: */s/ Armando Sanchez*

Date: *06/24/2010*          Joint Debtor: */s/ Angeline Sanchez*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Armando Sanchez*
          *and*                                                   Case No.
       *Angeline Sanchez*                                         Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *900.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____ *900.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3. $ _____ *299.00* _____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
      *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
      *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
      *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
      *None*

Dated: *06/24/2010*                          Respectfully submitted,

                              X */s/ Richard S. Bass* _____
          Attorney for Petitioner: *Richard S. Bass*
                              *Law Office of Richard S. Bass, LTD.*
                              *2021 Midwest Road*
                              *Oak Brook IL  60521*

                              *630-953-8655*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Armando Sanchez*
   *and*
   *Angeline Sanchez*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *06/24/2010*
_____

*/s/ Armando Sanchez*
_____
Debtor

*/s/ Angeline Sanchez*
_____
Joint Debtor

Account Control Systems, Inc.
RE:  Ginny's
148 Veterans Dr, #D
Northvale, NJ  07647-2311

Account Services
RE:  Ortho Assoc of CC
1802 N.E. Loop 410,m #400
San Antonio, TX  78217

Adelphia Communications
Attn: Collection Dept
1495 N W Britt Road
Stuart, FL  34994

Adventist Bolingbrook Hospital
Attn:  Patient Accts
500 Remington Blvd
Bolingbrook, IL  60440

Adventist Bolingbrook Hospital
Attn:  Medical Services
PO BOX  24013
Chattanooga, TN  37422-4013

AFNI Collection
RE:  SPrint
PO Box  3517
Bloomington, IL  61702-3517

AFNI, Inc.
RE:  Cingular
PO BOX  3427
Bloomington, IL  61702-3427

AFNI, Inc.
RE:  AT&T Mobility
PO BOX  3427
Bloomington, IL  61702-3427

Allied Interstate
RE:  Capital One
3000 Corporate Exchange Dr
Columbus, OH  43231

Arnold Scott Harris, P.C.
RE:  City of Chicago
222 Merchandise Mart,  #1932
Chicago, IL  60654

AssetCare, Inc.
RE:  InoVision MedClr
5100 Peachtree Industrial Blvd
Norcross, GA  30071

AT&T
Attn:  Bankruptcy Dept
PO BOX  8100
Aurora, IL  60507-8100

Capital One
Attn:  Bankruptcy Dept
P.O. BOX  5155
Norcross, GA  30091

Cardiology Associates
Attn:  Patient Accts
1521 S Staples, #700
Corpus Christi, TX  78404-3160

Cavalry Portfolio Services
Acct:  Sprint PCS
7 Skyline Dr, 3rd Floor
Hawthorne, NY  10532

Central DuPage Hospital
Attn:  Patient Accounts
25 N. Winfield Road
Winfield, IL  60190-1295

Central DuPage Hospital
Attn: Patient Accts
25 N. Winfield Rd
Winfield, IL  60190-1295

Central Financial Control
RE:  Palm Beach Gardens
PO BOX  66044
Anaheim, CA  92816-6044

Century Link
Attn: Collection Dept
PO Box 660068
Dallas, TX  75266-0068

Chase Home Finance
Attn Bankruptcy Dept
3415 Vision Drive
Columbus, OH  43219-6009

Chase Home Finance
Attn: Bankruptcy Dept
10790 Rancho Bernardo Road
San Diego, CA  92127

Chicago Trauma Center
Attn: Patient Accts
PO Box 92697
Chicago, IL  60675

Christus Spohn Shoreline
Attn:  PAtient Accts
PO BOX  730244
Dallas, TX  75373

City of Chicago
Dept of Revenue
PO BOX  88292
Chicago, IL  60680-1292

City of Chicago Dept of Revenue
Attn: Ticket Collection
PO Box 88292
Chicago, IL  60680-1292

City of Port St. Lucie
Attn: Collection Dept
PO Drawer 8937
Port Saint Lucie, FL  34985-8987

Collection Company of America
RE:  AT&T
700 Longwater Dr
Norwell, MA  02061

Credit Collection Services
RE:  Quest Diagnostics
Two Wells Avenue
Newton Center, MA  02459

Credit Collection Services
RE:  Liberty Mutual
Two Wells Avenue
Newton Center, MA  02459

Credit Control LLC
RE:  First Bank Inc.
5757 Phantom D
Hazelwood, MO  63042

DuPage Medical Group
Attn:  Patient Accts
1860 Paysphere Circle
Chicago, IL  60674

Edward Hospital
Attn:  Patients Accts
PO Box 4207
Carol Stream , IL  60197-4207

Edward Hospital
Attn:  Patients Accts
PO Box 4207
Carol Stream , IL  60197-4207

Emergency Healthcare Physician
Attn:  Patient Accts
PO BOX  366
Hinsdale, IL  60522

Emergency Room Physicians
Attn: Patient Accts
PO Box 92697
Chicago, IL  60675

Female Healthcare Assc
Attn: Patient Accts
471 W. Army Trail Rd  #103
Bloomingdale, IL  60108

Female Health Care Associates Ltd
Attn:  Patient Accts
471 W Army Trail Rd,  #103
Bloomingdale, IL  60108

Fidelity National Credit Serv
RE:  AT&T
PO BOX  3051
Orange, CA  92857

Financial Visions
Attn: Collection Dept
1912 Quail Glen Rd
Escondido, CA  92029

First Premier Bank
Attn:  Bankruptcy Dept
PO Box 5524
Sioux Falls , SD  57117-5512

First Source Advantage LLC
RE:  Capital One
205 Bryant Woods South
Buffalo, NY  14228

Florida Power & Light
Attn: Collection Dept
PO Boix 025576
Miami, FL  33102

Freedman, Anselmo Lindberg et
RE:  Capital One
PO BOX  3228
Naperville, IL  60566-7228

Freedman Anselmo Lindberg et
RE:  Capital One
PO BOX  3228
Naperville, IL  60566-7228

GC Service Limited Partnership
RE:  Capital One
6330 Gulfton
Houston, TX  77081

Ginny's
Attn:  Collections
1112 7th Avenue
Monroe, WI  53566-1364

Global Credit & Collection
RE:  Capital One Bank
300 International Dr, #100
Buffalo, NY  14221

GMAC
Attn:  Bankruptcy Dept
PO BOX  9001951
Louisville, KY  40290-1951

GMAC Financial Ser
Attn: Bankruptcy Dept
PO Box 130424
Roseville, MN  55113-0004

Grant Konvalinka & Harrison PC
RE:  Adventist Bolingbrook Hos
633 Chestnut St, 9th Fl
Chattanooga, TN  37450-0900

Gulf Shore Anesthesia Assoc
Attn:  Patient Accts
PO BOX  331667
Corpus Christi, TX  78463

Illinois Collection Service
RE:  Illinois Masonic Med Ctr
PO BOX  646
Oak Lawn, IL  60454-0646

MAF Collection Services
RE:  Florida Power & Light
PO BOX  2842
Tampa, FL  33601-2842

Mercantile Adjustment Bureau
RE:  Premier Bank Card
PO BOX  9016
Williamsville, NY  14231

Merchants Credit Guide
RE:  DuPage Medical Ctr
223 W. Jackson Blvd, #900
Chicago, IL  60606-6908

Merchants Credit Guide
RE:  Adventist Bolingbrook Hos
223 W. Jackson Blvd, #900
Chicago, IL  60606-6908

Monroe & Main
Attn:  Collections
1112 7th Ave
Monroe, WI  53566-1364

Nationwide Credit & Collection
RE:  Palm Beach Gardens
2015 Vaughn Rd, NW, #300
Kennesaw, GA  30144-7802

Nationwide Credit & Collection
RE:  Vyridian Revenue Mgt
9919 W. Roosevelt RD
Westchester, IL  60154

NCO Financial Systems Inc.
RE:  Capital One
507 Prudential Road
Horsham, PA  19044

NICOR Gas
Attn: Bankruptcy Dept
1844 W. Ferry Road
Naperville, IL  60563-9662

North American Credit Services
RE:  Adventist Bolingbroook
2810 Walker Road, #100
Chattanooga, TN  37421

Pathology Assoc Corpus Christi
Attn:  Patient Accts
PO Box  3758
Corpus Christi, TX  78463

Penn Credit Corporation
RE:  QVC
PO BOX  988
Harrisburg, PA  17108-0988

Personal Physicians
Attn:  Patient Accts
5909 W. 35th St
Cicero, IL  60804

Quest Diagnostic
Attn:  Patient Billing
1355 Mittel Blvd
Wood Dale, IL  60191-1024

Regional Adjustment Bureau
RE:  Capital One
PO BOX  34111
Cordova, TN  38016

Retrieval Masters Creditors Bu
RE:  Swiss Colony
2269 S. Saw Mill River Rd, #3
Elmsford, NY  10523

Revenue Production Management
RE:  Edward Hospital
PO BOX  77000  Dept 77308
Detroit, MI  48277-0308

Revenue Production Management
RE:  Central DuPAge Hosp
PO BOX  673775
Detroit, MI  48267-3775

Revenue Production Mgmt
Acct: Edward Hospital
PO Box 598148
Chicago, IL  60659-8148

Rush University Medical Ctr
Attn:  Patient Accts
75 Remittance Dr  Dept 1611
Chicago, IL  60675-1611

Rush University Medical Cen
Attn: Patient Accts
75 Remittance Dr   #1611
Chicago, IL   60675-1611

Seventh Avenue Store
Attn:  Bankruptcy Dept
1112 7th Ave
Monroe, WI  53566-1364

Spring Hill Nurseries
Attn: Collection Dept
Tipp City, OH  45371

Springhill Nursery
Attn:  collections
PO BOX  329
Harrison, OH  45030-0329

Staples Inc
Attn: Collection Dept
PO Box 249
Chaska, MN  55318-9873

State Collection Service
RE:  Emergency Healthcare Phys
2509 Stoughton Rd
Madison, WI  53716-0000

United Recovery Systems
RE:  Capital One
PO Box 722929
Houston, TX  77272-2929

Universal Fidelity LP
RE:  Spring Hill
PO Box 941911
Houston, TX  77094-8911

Village of Bolingbrook
Attn:  Collections
375 W. Briarcliff Road
Bolingbrook, IL  60440

Woodridge Clinic
Attn:  Patient Accts
7530 S. Woodward Ave  #A
Woodridge, IL  60517-3100

Wuesthoff Med Ctr Melbour
Attn:  Patient Accts
PO BOX  60182
Fort Myers, FL  33906-6182

XM Satellite Radio
Attn: Collection Dept
PO Box 33174
Detroit, MI  48232-5280